```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 11822
   ALBERT BASLAAL
   PHYLLIS F BASLAAL                           CHAPTER 13

                                               JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-7419      SSN XXX-XX-4938

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 07/03/2007 and was confirmed 11/05/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was converted to chapter 7 after confirmation 09/14/2008.
------------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------------
EMC MORTGAGE                CURRENT MORTG       .00             .00         4724.22
EMC MORTGAGE                MORTGAGE ARRE    643.00             .00             .00
EMC MORTGAGE                NOTICE ONLY    NOT FILED            .00             .00
GREAT LAKES CREDIT UNION    SECURED VEHIC  19921.00          833.35         3745.02
GREAT LAKES CREDIT UNION    FILED LATE         .81             .00             .00
SAXON MORTGAGE              CURRENT MORTG       .00             .00        21016.34
SAXON MORTGAGE              MORTGAGE ARRE  39828.55             .00             .00
FREEDMAN ANSEIMO LINDBER    NOTICE ONLY    NOT FILED            .00             .00
INTERNAL REVENUE SERVICE    PRIORITY        5767.47             .00             .00
US ATTORNEYS OFFICE         NOTICE ONLY    NOT FILED            .00             .00
D PATRICK MULLARKEY         NOTICE ONLY    NOT FILED            .00             .00
INTERNAL REVENUE SERVICE    NOTICE ONLY    NOT FILED            .00             .00
AMERISTAR FINANCIAL         UNSECURED      NOT FILED            .00             .00
FDS BANK/BLOOMINGDALES      UNSECURED       1117.40             .00             .00
CLC CONSUMER SERVICES       UNSECURED       5729.24             .00             .00
DELL FINANCIAL SERVICES     UNSECURED        273.92             .00             .00
ECAST SETTLEMENT CORP       UNSECURED        498.53             .00             .00
ECAST SETTLEMENT CORP       UNSECURED        363.15             .00             .00
ECAST SETTLEMENT CORP       UNSECURED      10866.95             .00             .00
ECAST SETTLEMENT CORP       UNSECURED        829.40             .00             .00
ECAST SETTLEMENT CORP       UNSECURED        939.42             .00             .00
ECAST                       UNSECURED        217.66             .00             .00
MACYS DSNB                  UNSECURED      NOT FILED            .00             .00
NORDSTROM FSB               UNSECURED        579.00             .00             .00
AT&T WIRELESS               UNSECURED        693.15             .00             .00
SALLIE MAE SERVICING COR    UNSECURED       9718.85             .00             .00
COLUMBUS BANK & TRUST       UNSECURED      NOT FILED            .00             .00
ECAST SETTLEMENT CORP       UNSECURED        208.82             .00             .00
AFNI INC                    UNSECURED       1270.50             .00             .00
WELLS FARGO FINANCIAL BA    UNSECURED       2666.77             .00             .00
WELLS FARGO FINANCIAL IL    UNSECURED        735.50             .00             .00
MAX RECOVERY                UNSECURED       1367.34             .00             .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 11822 ALBERT BASLAAL & PHYLLIS F BASLAAL
```

```
WORLD FINANCIAL NETWORK   UNSECURED        199.48              .00            .00
WORLD FINANCIAL NETWORK   UNSECURED        373.10              .00            .00
CAPITAL ONE               UNSECURED        865.11              .00            .00
ASSET ACCEPTANCE LLC      UNSECURED       3926.00              .00            .00
ASSET ACCEPTANCE LLC      UNSECURED        356.89              .00            .00
CAPITAL ONE               UNSECURED        635.12              .00            .00
WELLS FARGO FINANCIAL IL  UNSECURED        694.28              .00            .00
FEDERATED RTL/MARSHALL F  UNSECURED        689.04              .00            .00
DELL FINANCIAL SERVICES   SECURED          200.00             1.33         115.14
INTERNAL REVENUE SERVICE  UNSECURED       1305.82              .00            .00
PROVIDIAN                 UNSECURED       4407.51              .00            .00
ECAST SETTLEMENT CORP     UNSECURED        827.23              .00            .00
PAUL M BACH               DEBTOR ATTY    1,774.00                             .00
TOM VAUGHN                TRUSTEE                                        2,264.60
DEBTOR REFUND             REFUND                                              .00

       Summary of Receipts and Disbursements:
 -----------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
 -----------------------------------------------------------------------------
TRUSTEE                   32,700.00

PRIORITY                                              .00
SECURED                                         29,600.72
    INTEREST                                       834.68
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                             2,264.60
DEBTOR REFUND                                         .00
                         ---------------    ---------------
TOTALS                    32,700.00             32,700.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                               /s/ Tom Vaughn
   Dated: 12/29/08             _____
                               TOM VAUGHN
                               CHAPTER 13 TRUSTEE